| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Joseph R. Manning, Jr SBN #223381    Michael J Manning SBN 286879<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>　　　TELEPHONE NO.: 949-200-8755　　　FAX NO. *(Optional):* 866-843-8308<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Carmen John Perri an individual | **POS-010**<br>FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
　STREET ADDRESS: 411 W 4th Street
　MAILING ADDRESS: same
　CITY AND ZIP CODE: Santa Ana, CA 92701
　BRANCH NAME: Southern Division

PLAINTIFF/PETITIONER: Carmen John Perri, an individual
DEFENDANT/RESPONDENT: Stoewsand & Borden Inc a California corporation

CASE NUMBER: 8:19 cv 01672 KES

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No: ADAA-*5.5

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Certification and Notice of Interested Parties, Statement of Consent to Proceed before a United States Magistrate Judge, Notice to Counsel, Civil Minutes- General, Notice to Parties ADA Disability Access Litigation, Application for Stay and Early Mediation Proposed Order
3. a. Party served *(specify name of party as shown on documents served):*

   Stoewsand & Borden Inc a California corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   John J Borden II- Agent for Service

4. Address where the party was served:
   10130 Warner Ste H Fountain Valley CA 92708

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 9/19/2019　　(2) at *(time):* 5:35 PM
   b. ☐ **by substituted service.** On *(date):*　　at *(time):*　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   　　(1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   　　(2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   　　(3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   　　(4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*　　from *(city):*　　**or** ☐ a declaration of mailing is attached.

   　　(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Carmen John Perri, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Stoewsand & Borden Inc a California corporation | 8:19 cv 01672 KES |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:

    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Stoewsand & Borden Inc a California corporation
   under the following Code of Civil Procedure section:
   
   ☑ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☑ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Adriana M Achucarro
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. **The fee** for service was: $ 59.00
   e. I am:
   
   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ a registered California process server:
       (i) ☐ owner ☐ employee ☑ independent contractor.
       (ii) Registration No.: 2898
       (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/27/2019

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2