## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARMEN JOHN PERRI

Plaintiff(s),

v.

STOEWSAND AND BORDEN, INC., et al.

Defendant(s).

CASE NUMBER:

8:19–cv–01672–KES

### NOTICE OF DEFICIENCY
### DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  WINEBRIGHT WARNER, LLC,  for the following reason(s):

- ___ No declaration as required by F.R.Civ.P 55(a)
- ___ No proof of service/waiver of service on file
- ___ The name of the person served does not exactly match the person named in complaint
- ___ Proof of Service is lacking required information
- ___ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ___ Time to respond has not expired
- ___ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ___ Request for Entry of Default has been forwarded to the assigned Judge
- ___ Party dismissed from action on
- ___ Case terminated on
- ___ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- _X_ Other: The Registered Agent for Service of Process is Lee Scott.

The Clerk cannot enter the requested **Default Judgment** against ___ for the following reason(s):

- ___ No Entry of Default on file
- ___ No declaration as required by F.R.Civ.P 55(b)
- ___ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ___ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ___ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ___ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ___ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ___ Attorney Fees sought not in compliance with Local Rule 55–3
- ___ Amount sought for costs is incorrect
- ___ Case terminated on
- ___ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ___ Other:

CLERK, U.S. DISTRICT COURT

Date:  October 17, 2019

By:  /s/ Shea Bourgeois
Deputy Clerk
shea_bourgeois@cacd.uscourts.gov

CV–52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT